UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JANUARY 28, 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ROBERT EMERT, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> CALIFORNIA DEPARTMENT OF CHILD SUPPORT SERVICES and DOES 1-50, <br><br> Defendants - Appellees. | No. 24-7748 <br><br> D.C. No. 3:24-cv-02072-CAB-JLB <br> Southern District of California, San Diego <br><br> ORDER |

The fees for this appeal are overdue. Within 21 days, appellant must pay $605 to the district court and file proof of payment in this court or file a motion to proceed in forma pauperis. If appellant does not do so, the court will dismiss this appeal. See 9th Cir. R. 42-1.

The clerk will serve a copy of Form 4 on appellant.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT