# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**Form 4. Motion and Affidavit for Permission to Proceed in Forma Pauperis**

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form04instructions.pdf

**9th Cir. Case Number(s)** | 24-7748

**Case Name** | Robert Emert

**Affidavit in support of motion:** I swear under penalty of perjury that I am financially unable to pay the docket and filing fees for my appeal. I believe my appeal has merit. I swear under penalty of perjury under United States laws that my answers on this form are true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

**Signature** | *Rob Emert* | **Date** | Mar 17, 2025

The court may grant a motion to proceed in forma pauperis if you show that you cannot pay the filing fees **and** you have a non-frivolous legal issue on appeal. Please state your issues on appeal. (*attach additional pages if necessary*)

Please see attachment 1

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 4** | 1 | *Rev. 12/01/2018*

1. *For both you and your spouse, estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income Source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ N/A | $ 0 | $ N/A |
| Self-Employment | $ 0 | $ N/A | $ 0 | $ N/A |
| Income from real property (such as rental income) | $ 0 | $ N/A | $ 0 | $ N/A |
| Interest and Dividends | $ 0 | $ N/A | $ 0 | $ N/A |
| Gifts | $ 0 | $ N/A | $ 0 | $ N/A |
| Alimony | $ 0 | $ N/A | $ 0 | $ N/A |
| Child Support | $ 0 | $ N/A | $ 0 | $ N/A |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ N/A | $ 0 | $ N/A |
| Disability (such as social security, insurance payments) | $ 0 | $ N/A | $ 0 | $ N/A |
| Unemployment Payments | $ 0 | $ N/A | $ 0 | $ N/A |
| Public-Assistance (such as welfare) | $ 0 | $ N/A | $ 0 | $ N/A |
| Other (specify) | $ 0 | $ N/A | $ 0 | $ N/A |
| **TOTAL MONTHLY INCOME:** | $ 0 | $ N/A | $ 0 | $ N/A |

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 4          2          Rev. 12/01/2018

2. *List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| N/A | None—disabled since 9/29/21 STEMI (Dr. Acosta, 5/8/24 letter). Also, STEMI Emergency room release medical documents. More docs available upon request. | From: <br> To: | $ |
|  |  | From: <br> To: | $ |
|  |  | From: <br> To: | $ |
|  |  | From: <br> To: | $ |

3. *List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| N/A |  | From: <br> To: | $ |
|  |  | From: <br> To: | $ |
|  |  | From: <br> To: | $ |
|  |  | From: <br> To: | $ |

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 4          3          Rev. 12/01/2018

4. *How much cash do you and your spouse have?* $ 0

*Below, state any money you or your spouse have in bank accounts or in any other financial institution.*

| Financial Institution | Type of Account | Amount You Have | Amount Your Spouse Has |
|---|---|---|---|
| N/A | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

***If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.***

5. *List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishing.*

| Home | Value | Other Real Estate | Value |
|---|---|---|---|
| N/A | $ | | $ |

| Motor Vehicle 1: Make & Year | Model | Registration # | Value |
|---|---|---|---|
| 2004 Honda | Accord | | $ 2,500 |

| Motor Vehicle 2: Make & Year | Model | Registration # | Value |
|---|---|---|---|
| N/A | | | $ |

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 4      4      Rev. 12/01/2018

| Other Assets | Value |
|---|---|
| N/A | $ 0 |
|  | $ 0 |
|  | $ 0 |

6. *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | $ 0 | $ 0 |
|  | $ 0 | $ 0 |
|  | $ 0 | $ 0 |

7. *State the persons who rely on you or your spouse for support. If a dependent is a minor, list only the initials and not the full name.*

| Name | Relationship | Age |
|---|---|---|
| BE | son | 17 |
| SE | daughter | 15 |
|  |  |  |

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 4      5      *Rev. 12/01/2018*

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

|  | You | Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $ 0 | $ N/A |
| - Are real estate taxes included?   ○ Yes   ○ No <br> - Is property insurance included?   ○ Yes   ○ No | | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 0 | $ N/A |
| Home maintenance (repairs and upkeep) | $ 0 | $ N/A |
| Food | $ 0 | $ N/A |
| Clothing | $ 0 | $ N/A |
| Laundry and dry-cleaning | $ 0 | $ N/A |
| Medical and dental expenses | $ 0 | $ N/A |
| Transportation (not including motor vehicle payments) | $ 0 | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ N/A |
| Insurance (not deducted from wages or included in mortgage payments) | | |
|    - Homeowner's or renter's | $ 0 | $ N/A |
|    - Life | $ 0 | $ N/A |
|    - Health | $ 0 | $ N/A |
|    - Motor Vehicle | $ 0 | $ N/A |
|    - Other | $ 0 | $ N/A |
| Taxes (not deducted from wages or included in mortgage payments) | | |
|    Specify | $ 0 | $ N/A |

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 4**            6            Rev. 12/01/2018

|  |  | You | Spouse |
|---|---|---|---|
| Installment payments |  |  |  |
| - Motor Vehicle | $ | 0 | $ N/A |
| - Credit Card (name) | $ | 0 | $ N/A |
| - Department Store (name) | $ | 0 | $ N/A |
| Alimony, maintenance, and support paid to others | $ | 0 | $ N/A |
| Regular expenses for the operation of business, profession, or farm (attach detailed statement) | $ | 0 | $ N/A |
| Other (specify) | $ | 0 | $ N/A |
| **TOTAL MONTHLY EXPENSES** | $ | 0 | $ N/A |

9. *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*  ○ Yes  ⦿ No

   If Yes, describe on an attached sheet.

10. *Have you spent—or will you be spending—any money for expenses or attorney fees in connection with this lawsuit?*  ○ Yes  ⦿ No

   If Yes, how much?  $ 

11. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

   Please see attachment 2

12. *State the city and state of your legal residence.*

   City: Escondido  State: CA

   Your daytime phone number (ex., 415-355-8000): 760-612-9328

   Your age: 56   Your years of schooling: 16

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 4     7     *Rev. 12/01/2018*

**ATTACHMENT 1:**

"The court may grant a motion to proceed in forma pauperis if you show that you cannot pay the filing fees and you have a non-frivolous legal issue on appeal. Please state your issues on appeal. (attach additional pages if necessary)"

I, Robert Emert, declare under penalty of perjury:

**Financial Inability to Pay**: I cannot pay the $605 fee. I've had $0 income since my 9/29/21 STEMI, worsened by a near-fatal 'widowmaker' STEMI on 12/10/24—both from this massive manifest injustice and farce and a sham of legal proceedings. Dr. Angelica Acosta (5/8/24, available upon request) says I'm unemployable: chronic heart issues, PTSD, depression. My STEMI heart attack hospital ER release documents support non employment as well. This and other documents can be supplied upon request. **I scrape by on SNAP and my parents pay directly for my basic essential living expenses.** My 2004 Honda ($2,500) is dead, unregistered since 2021. I'm $60k plus in debt, bankruptcy pending. **SNAP alone qualifies IFP** (*Adkins v. E.I. DuPont*, 335 U.S. 331, 1948).

*District's denial (3:24-cv-02072, Doc. 5) was abuse of discretion—$0, near-death twice, isn't 'vague.'*

**Non-Frivolous Issues on Appeal**: My appeal from 3:24-cv-02072-CAB-JLB (dismissed 11/26/24) raises real claims:

1. **Void Judgment – Ratekin's Jurisdictional Defect**: The 1/24/22 default (trial 11/29/21) is void ab initio. Ratekin's 2/9/21 § 170.6 denial (Case 3:24-cv-00671-JO-BJC, Ohta pending) killed jurisdiction (*People v. Superior Court (Lavi)*, 4 Cal.4th 1164, 1993; *In re Marriage of Goodarzirad*, 185 Cal.App.3d 1020, 1986). No written stipulation (CA Rules of Court 2.838(9)), challenged pre-rulings (*Stephens v. Superior Court*, 30 Cal.4th 1082, 2002). Schulman's fraud ($8,010/month fake income, evidence available) seals it (*Throckmorton*, 98 U.S. 61, 1878). Rooker-Feldman (Doc. 5) fails—voidness trumps (*Espinosa*, 559 U.S. 260, 2010).
2. **Title IV-D Violations by DCSS**: DCSS enforces this nullity ($2,000/month), ignoring 12 pleas (Dec. 2021–Dec. 2022, emails available) despite my STEMI and custody shift (45

CFR § 303.8(b)(2)). No hearings (45 CFR § 303.35)—federal law breached (*Burns v. Burns*, 569 F. Supp. 2d 288, D.D.C. 2008). Ongoing harm (*Knox v. Bland*, 260 F.3d 1009, 9th Cir. 2001) and systemic failure (*Thompson v. Washington DSHS*, W.D. Wash. 2020) demand review.

3. **Rule 60(b) Relief – Abuse of Discretion and Procedural Denial**: I'm filing Rule 60(b)(4) & (6) to vacate dismissal (3:24-cv-02072). The 1/24/22 judgment's void (*Lavi*), and DCSS piles on Title IV-D and due process hits (*Turner v. Rogers*, 564 U.S. 431, 2011). District's IFP denial was abuse—Bencivengo nitpicked 'particularity' (Doc. 5) despite $0 income, SNAP, Medi-Cal, and two STEMIs from this fight. *Escobedo* (787 F.3d 1226, 9th Cir. 2015) says IFP clears if I can't pay and live—I've nearly died twice, yet she demanded 'amounts' from parents' aid that I can't account for. That's a setup so the Ninth can procedurally deny me (*Venerable*, 500 F.2d 1216, 1974). Both courts refuse an evidentiary hearing—ignoring Pena's recording (DA corruption), DCSS emails, and medical proof (available upon request)—denying justice (*Mathews v. Eldridge*, 424 U.S. 319, 1976). 60(b)(4) fits (void judgment); 60(b)(6) too—extreme hardship (STEMIs, poverty, fraud) justifies it (*Klapprott v. United States*, 335 U.S. 601, 1949).

**Conclusion**: I'm broke—$0, debt, disability from a farce and a sham of legal proceedings that amount to a manifest injustice that's nearly killed me. My appeal's legit—voidness of default judgment, Title IV-D violations, and 60(b) relief from this tag-team shafting aren't frivolous. District's IFP dodge and both courts' hearing refusals bury evidence and access. The head DA's marriage to the head district judge taints this—cronyism festers. If denied, I'll forward this to the DOJ Civil Rights Division and House Judiciary Committee. Grant IFP, reverse dismissal.

Dated: March 18, 2025
 /s/ Robert Emert
 2351 Vista Lago Terrace, Escondido, CA 92029"

**Attachments Note**: "Exhibits (Dr. Acosta letter, 12/10/24 STEMI proof, Exhibit B from 24-7748, Pena recording, DCSS emails) available upon request or at evidentiary hearing."

**ATTACHEMENT 2 :**

"Provide any other information that will help explain why you cannot pay the docket fees for your appeal."

I, Robert Emert, declare under penalty of perjury:

I can't pay the $605 fee because this manifest injustice and farce and a sham of legal proceedings has broken me—financially, physically, emotionally. I've had $0 income since my 9/29/21 STEMI, triggered by Ratekin's fraud-riddled default (1/24/22, Case 3:24-cv-00671-JO-BJC, Ohta pending). A second STEMI—'widowmaker,' 12/10/24—nearly killed me, courtesy of a void judgment that nobody will look at. Dr. Acosta (5/8/24, available upon request) says I can't work—heart failure, PTSD, depression. I live on SNAP and my parents pay directly for basic essential living expenses. My 2004 Honda's a $2,500 corpse, unregistered since 2021. I owe $60k in debt—bankruptcy's my next stop.

This fight's cost me everything—two heart attacks, my kids, my savings. District court (3:24-cv-02072, Doc. 5) nitpicked my IFP—called $0 income 'vague' despite SNAP and near-death proof—setting me up so the Ninth can dump me procedurally. No evidentiary hearing, ever—not for Pena's recording (DA corruption), DCSS's 12 ignored pleas (Dec. 2021–Dec. 2022, available), or my STEMI docs. The head DA's marriage to the head judge (San Diego cronyism) greases this shafting—justice choked by connections. I'm filing Rule 60(b) to undo it, but $605? I can't buy ramen, let alone that.

Deny me IFP as this court has already unlawfully done — DOJ Civil Rights and House Judiciary get this next. I've got nothing left but the truth.

Dated: March 18, 2025
/s/ Robert Emert
2351 Vista Lago Terrace, Escondido, CA 92029"

**Attachments Note**: "Exhibits (Dr. Acosta letter, 12/10/24 STEMI proof, Exhibit B from 24-7748, Pena recording, DCSS emails) available upon request or at evidentiary hearing."

**Attachment 2, Continued**:

**Request for Sua Sponte Ruling on Jurisdictional Defect Due to Manifest Injustice**

"I, Robert Emert, declare under penalty of perjury:

This Court is obligated to rule sua sponte on the jurisdictional defect that ignited this nightmare, as raised in my related case (3:24-cv-00671-JO-BJC, Motion for Jurisdictional Adjudication, filed March 13, 2025, excerpts attached as Exhibit A-B). Under *Steel Co. v. Citizens for a Better Env't*, 523 U.S. 83, 94-95 (1998), jurisdictional flaws must be tackled anytime—'inflexible and without exception'—even on this Court's own motion. Commissioner Ratekin's invalid denial of my timely CCP § 170.6 challenge on Feb. 9, 2021 (3:24-cv-00671, Ex. A), before any orders or arguments (Ex. B), killed her jurisdiction (*People v. Superior Court (Lavi)*, 4 Cal.4th 1164, 1171 (1993)). This voidness—etched in transcript (Ex. B)—spawned the 1/24/22 default, DCSS's $2,000/month grab, and the dismissal I'm appealing (3:24-cv-02072, 11/26/24). My Rule 60(b)(4) filing (3:24-cv-02072) hinges on it too (*Espinosa*, 559 U.S. 260, 271—void orders demand federal review).

The manifest injustice is my life's wreckage: this defect caused two STEMIs (9/29/21, 12/10/24), 90 days' detention, and tore my kids, then—Bryce (14) and my daughter (12)—from me, a stay-at-home dad, all greased by cronyism/profit/divorce leverage. Four years, no hearing—not on DAI Pena's corruption recording, DCSS's 12 pleas (Dec. 2021-Dec. 2022), or STEMI docs (available). I'm broke ($0, $60k debt), half-dead, fighting a sham. If this Court denies my opening brief before ruling on this defect—as *Steel Co.* demands—over the district's unlawful IFP denial (3:24-cv-02072, Doc. 5, calling $0 'vague' despite STEMIs and poverty), it mocks Supreme Court precedent and exposes the ethics behind that ruling as a fraud. *Steel Co.* binds this Court—Ratekin's voidness on Feb. 9, 2021, started it all. Rule now, unwind this farce/sham, or DOJ Civil Rights and House Judiciary take it next."

Dated: March 18, 2025
/s/ Robert Emert; 2351 Vista Lago Terrace, Escondido, CA 92029
**Attachments Note**: "Excerpts from 3:24-cv-00671 Motion (filed 3/13/25): Ex. A (§ 170.6 challenge), Ex. B (2/4/21 transcript) available on request or at hearing."