UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 18 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| ROBERT EMERT,<br><br>      Plaintiff - Appellant,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CHILD SUPPORT SERVICES and DOES 1-50,<br><br>      Defendants - Appellees. | No. 24-7748<br><br>D.C. No.<br>3:24-cv-02072-CAB-JLB<br>Southern District of California,<br>San Diego<br><br>ORDER |

Before: WARDLAW, SANCHEZ, and JOHNSTONE, Circuit Judges.

After considering the response to the court's March 27, 2025 order, we deny the motion to proceed in forma pauperis (Docket Entry No. 6) and dismiss this appeal as frivolous. *See* 28 U.S.C. § 1915(a), (e)(2).

No further filings will be entertained in this closed case.

**DISMISSED.**