UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 10 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ROBERT EMERT,

      Plaintiff - Appellant,

  v.

CALIFORNIA DEPARTMENT OF CHILD SUPPORT SERVICES and DOES 1-50,

      Defendants - Appellees.

No. 24-7748

D.C. No.
3:24-cv-02072-CAB-JLB

Southern District of California, San Diego

MANDATE

The judgment of this Court, entered June 18, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to

Rule 41(a) of the Federal Rules of Appellate Procedure.

                    FOR THE COURT:

                    MOLLY C. DWYER
                    CLERK OF COURT